IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CZARNECKI and<br>ANNE CZARNECKI, h/w | : | CIVIL ACTION |
| v. | : | |
| HOME DEPOT USA, INC. | : | NO. 07-4384 |

FILED
JUN - 3 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 3rd day of June, 2009, after consideration of Defendant's motion to preclude Plaintiffs' proposed expert testimony and for summary judgment (Doc. 47), Plaintiffs' response thereto (Doc. 50), and Defendant's reply (Doc. 60), it is hereby ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that Counts I and II are hereby DISMISSED on Plaintiffs' representation that they are withdrawn.

BY THE COURT:

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE